UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:24-cv-02799-DAD-CSK (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| JONATHAN MA, | |
| Defendant. | (Doc. No. 22) |

Plaintiff Cymeyon Hill is a civil detainee appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action. (Doc. No. 22.) Specifically, plaintiff has failed to comply with the court's order dated January 3, 2025, in which plaintiff was ordered to file a second amended complaint by no later than February 3, 2025. (Doc. No. 20 at 5.) Plaintiff was specifically cautioned that "[f]ailure to file a second amended complaint in accordance with this order may result in the dismissal of this action." (*Id.*) The pending findings and recommendations were served on plaintiff and contained notice that any

1

objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 22 at 1.) To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 19, 2025 (Doc. No. 22) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 9, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2